# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ALABAMA - NORTHERN DIVISION

**In the Matter of:**

| | |
|---|---|
| Larry Frye } | **Case No: 18-80873-CRJ13** |
|    PLAINTIFF, } | **AP No: 20-80072-CRJ** |
| VS. } | |
| SN Servicing Corporation } | |
| U.S. Bank Trust National Association } | |
| Caliber Home Loans, Inc. | |
|    DEFENDANTS, | |

## COURTROOM NOTES CONTINUING

| | |
|---|---|
| **Matter(s):** | RE: Doc #36; Motion to Approve Compromise and Settlement between Plaintiff and Defendants Caliber Home Loans and U.S. Bank Trust National Association and Application for Approval of Attorney's Fee |
| **Date and Time:** | Monday, October 26, 2020 11:00 AM |
| **Appearances:** | n/a |
| **Courtroom Deputy:** | MeShae Bogue |
| **Presiding Judge:** | CLIFTON R. JESSUP JR. |
| **Court Notes:** | Order Rescheduling Hearing entered 10/16/2020. Matter rescheduled for 10/26/2020 at 10:00 a.m. |

Date Prepared:10/16/2020